IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Petition for Objections and Exceptions to Upset Sale | : | **CASES CONSOLIDATED** |
| | : | |
| In Re: Objections and Exceptions to Upset Sale | : | No. 650 C.D. 2020 |
| | : | |
| Appeal of: Milagros Abreu | : | |
| | : | |
| In Re: Objection and Exceptions to Upset Sale | : | |
| | : | No. 1356 C.D. 2020 |
| Appeal of: Milagros Abreu | : | |

**PER CURIAM**                    **O R D E R**


NOW, November 20, 2023, having considered Appellant's application for reargument and Appellee Yosaf Saleb's answer in response thereto, the application is DENIED.